FILED

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0494

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| RIVERSIDE MOBILE HOME & RV PARK, LLC, | ) | Case No. DA 23-0494 |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| -vs- | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| DONALD BULLOCK and CYTHNIA BULLOCK, | ) | |
| | ) | |
| Defendants/Appellants. | ) | |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each of the parties to bear its own costs and attorney's fees.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 17 2023